## BRIGMAN *v.* THE STATE.

LUMPKIN, J.　1. A ground of a motion for a new trial, complaining of the admission of evidence, which does not show that any objection thereto was made at the time of its admission, or what such objection was, is without merit.　It is not enough to show that ground of objection existed at the time of the making of the motion.

2. The verdict was supported by the evidence.

*Judgment affirmed.　All the Justices concur, except Simmons, C. J., absent.*

Submitted June 19, — Decided July 17, 1905.

Indictment for public indecency.　Before Judge Parker. Appling superior court.　April 6, 1905.

*W. W. Bennett,* for plaintiff in error.
*John W. Bennett, solicitor-general,* contra.